**Order entered August 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00700-CV

### IN THE INTEREST OF K.B., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00004-W**

## ORDER

This accelerated appeal concerns the termination of appellant's parental rights. Before the Court is appellee's August 19, 2019 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time **September 9, 2019**. We caution appellee that further extension requests will be disfavored.

/s/     KEN MOLBERG
              JUSTICE